

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION FOR REHEARING

Case number:          01-13-00918-CV

Style:                *In re Commitment of Thomas Lee Roberts*

Type of motion:       Motion for rehearing

Party filing motion:  Appellant

It is **ordered** that the motion for rehearing en banc is **denied**.

Judge's signature:    /s/ Jane Bland_____
                      Acting for the Court

Before:  Justices Jennings, Bland, and Massengale

Date:   December 16, 2014.